LEON G. DODGE et al., Appellants, *v.* LILLIAN CAMPBELL et al., Respondents.

(Argued January 9, 1931; decided February 10, 1931.)

*John T. Norton* and *Alvin E. Mambert* for appellants.

*Frederick E. Draper* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: CRANE and KELLOGG, JJ.